CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

<!-- FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, MAR 18 2014, ARTHUR JOHNSTON, DEPUTY -->

CITY: __PEARL__

COUNTY: __RANKIN__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # __3:14CR69CWR-FKB__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___YES __X__ NO

MATTER TO BE SEALED: ___YES __X__ NO

NAME/ALIAS: __WILLIAM MARSHALL WOLFE__

**U.S. ATTORNEY INFORMATION:**

AUSA __HAROLD H. BRITTAIN__   BAR # __4556__

INTERPRETER: __X__ NO ____YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   ____PETTY ____MISDEMEANOR __2__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:157.F__ | 18 USC § 157(1) | Bankruptcy Fraud | 1 |
| Set 2 __18:152.F__ | 18 USC § 152(7) | Concealment of assets; false oaths and claims; bribery | 2 |

Date: __3/11/14__   **SIGNATURE OF AUSA:** _[signature]_

Revised 2/26/2010